# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163239(51)

KAREN ZARZA,
   Plaintiff-Appellee,

v

SC: 163239
COA: 352926
Washtenaw CC: 19-000988-CD

UNIVERSITY OF MICHIGAN BOARD OF
REGENTS,
   Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on August 16, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2021



Clerk